IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| LILA KATHLEEN MITCHELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:14-0570 |
| | ) | Judge Trauger |
| WILLIAM B. LOCKERT, Public Defender, | ) | Magistrate Judge Brown |
| and STATE OF TENNESSEE, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

On June 11, 2014, the Magistrate Judge issued a Report and Recommendation (Docket No. 25), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the Motion to Dismiss claim for punitive damages filed by the defendants (Docket No. 8) is **GRANTED**, and the plaintiff's claim for punitive damages in this case against both defendants is **DISMISSED**.

It is hereby **ORDERED** that this case shall be **RETURNED** to the Magistrate Judge for further handling under the original referral Order. The court notes that the *pro se* plaintiff has filed a Notice of Voluntary Dismissal (Docket No. 28); however, an Answer has been filed by the defendants (Docket No. 27), so the plaintiff may not unilaterally dismiss this case. Rule 41(a), Fed. R. Civ. P.

It is so **ORDERED**.

ENTER this 5th day of August 2014.

_____
ALETA A. TRAUGER
U.S. District Judge